

**MEMO ENDORSED**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

**DIRECT DIAL: (212) 416-6551**

June 6, 2023

**Via ECF**
Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Telephone Conference adjourned to **June 23, 2023**, at **10:30 am**.

APPLICATION GRANTED

Hon. Victoria Reznik, U.S.M.J.

June 6, 2023

Re:   *Bernardi v. DOCCS, et al.*, 19 Civ. 11867 (VR)

Dear Judge Reznik:

This Office represents Defendant the New York State Department of Corrections and Community Supervision ("DOCCS")[1] in the above-referenced action. I write, with the consent of Plaintiff's counsel, to respectfully request that the telephone conference, currently scheduled for June 9, 2023 (Dkt. No. 87), be adjourned to another date and time that is convenient for the Court.

The ground for this request is that I, the undersigned, will be attending my daughter's graduation, which is scheduled for the morning of June 9, 2023. The parties have conferred and are generally available throughout June 2023, **except** for the following days:

- June 8th;
- June 12th;
- June 16th; and
- June 20th -22nd

This is the first request for an adjournment of this conference. We thank the Court for its attention to this matter.

Respectfully Submitted,
/s/
Jessica Acosta-Pettyjohn
Assistant Attorney General
Jessica.Acosta-Pettyjohn@ag.ny.gov

cc:   Mitchell Weingarden (Via ECF)
      *Plaintiff's Counsel*

---

[1] Pursuant to Court Order dated May 3, 2023 (Dkt. No. 84), all claims against Defendant Rushia were dismissed, leaving DOCCS as the sole remaining Defendant in this action.