USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Romano Bernardi,

                        Plaintiff,

        -against-

New York State Department of Corrections and
Community Supervision/Bedford Hills Correctional
Facility, et al.,

                        Defendants.
------------------------------------------------------------------X

7:19-cv-11867 (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

       The Court having been advised that all claims asserted in the above entitled action are settled, it is hereby **ORDERED** that the above entitled action be discontinued, without costs to any party, subject to reopening should the settlement not be concluded within sixty (60) days of the date hereof.

       **SO ORDERED.**

DATED:     White Plains, New York
                January 17, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge